1  BENJAMIN B. WAGNER
   United States Attorney
2  ROSS K. NAUGHTON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

JAN 21 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          ) CASE NO.
                                        )
12 |         Plaintiff,                 )
                                        ) SEALING ORDER
13 |     v.                             )
                                        ) 2:16-MJ-0015 KJN
14 | DAVID GUEVARA-PIMENTEL.            )
                                        )
15                                      )
                                        ) **SEALED**
16                                      )
                                        )
17 |_____)

18        Upon application of the United States of America and good cause having been shown,

19        IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and

20 shall not be disclosed to any person unless otherwise ordered by this Court.

21 Dated: January 21, 2016

22                                         _____
                                           KENDALL J. NEWMAN
23                                         United States Magistrate Judge